IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEBRA FISHER                                                                                           PLAINTIFF

3:22cv00325-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                DEFENDANT

## ORDER

Permission is granted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Clerk will issue Summons without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 3rd day of January 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE